**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRIS LACIVITA, an individual, and ADVANCING STRATEGIES, LLC, | Case No. 1:25-cv-00863 |
| Plaintiffs, |  |
| v. |  |
| THE DAILY BEAST COMPANY, LLC d/b/a/ THE DAILY BEAST |  |
| Defendant. |  |

**NOTICE OF DISMISSAL**

Chris LaCivita and Advancing Strategies, LLC file this Notice of Dismissal pursuant to Rule 41 (a)(1)(A)(i). The dismissal is without prejudice.

.Dated: March 24, 2025

Respectfully submitted,

s/Jonathan Shaw

Jonathan Shaw (VSB No. 98497)
Tel and Fax: (703) 574-1206
jshaw@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Lee E. Goodman (VSB No. 31695)
Tel and Fax: (703) 637-8754
lgoodman@dhillonlaw.com

Mark Geragos (Cal. Bar No. 108325)*
Tina Glandian (Cal. Bar No. 251614)*
Setara Qassim (Cal. Bar No. 283552)*
GERAGOS & GERAGOS, APC
644 S. Figueroa St.
Los Angeles, CA 90017
(213) 625-3900
geragos@geragos.com

*Attorneys for Plaintiffs*
*pro hac vice* motions forthcoming